IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60511
_____

HOWARD MONTEVILLE NEAL

                                        Petitioner-Appellant

versus

STEVE W. PUCKETT, Commissioner, Mississippi Department of
Corrections; JAMES ANDERSON, Superintendent, Mississippi State
Penitentiary

                                        Respondents-Appellees

- - - - -
Appeal from the United States District Court for the
Southern District of Mississippi
- - - - -

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion January 18, 2001, 5 Cir., 2001, _____F.3d_____)

(September 5, 2001)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
     SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
     BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc without oral argument.  The Clerk will specify a
briefing schedule for the filing of supplemental briefs.